| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Casper, Denise J. | U.S. District Court for District of MA | 5/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 2. | Director | The Steppingstone Foundation |
| 3. | Trustee | The Park School |
| 4. | Fund Advisor | Donor Advised Fund #1 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 5/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | N | T | | | | | |
| 2. Ally Bank Accounts | D | Interest | O | T | | | | | |
| 3. | | | | | | | | | |
| 4. Thermo Fisher Scientific Common Stock (TMO). See Notes. | B | Dividend | O | T | Sold (part) | 5/16/18 | P2 | H2 | |
| 5. | | | | | Sold (part) | 12/04/18 | P2 | H2 | |
| 6. | | | | | Sold (part) | 12/06/18 | P4 | H2 | |
| 7. | | | | | Donated (part) | | | | |
| 8. Thermo Fisher Scientific Stock Options. See Notes. | | None | P2 | T | Sold (part) | 05/16/18 | P2 | H2 | |
| 9. | | | | | Sold (part) | 12/4/18 | P2 | H2 | |
| 10. | | | | | Sold (part) | 12/6/18 | P2 | H2 | |
| 11. | | | | | | | | | |
| 12. Water Street Healthcare Partners limited partnership | F | Distribution | J | W | | | | | |
| 13. Water Street Healthcare Partners II limited partnership | D | Distribution | M | W | | | | | |
| 14. TPG FOF VI-QP, LP | E | Distribution | L | W | | | | | |
| 15. TPG FOF V-QP-AIV | D | Distribution | J | W | | | | | |
| 16. Special Opportunities Fund III limited partnership | D | Distribution | L | W | | | | | |
| 17. Special Opportunities Fund IV limited partnership | F | Distribution | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charlesbank Equity Coinvestment Fund VII, LP | D | Distribution | L | W | | | | | |
| 19. | | | | | | | | | |
| 20. Trust (H) | | | | | | | | | |
| 21. --Schwab Gov't Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 22. --Ishares MSCI ACWI ETF IV (ACWI) | C | Dividend | M | T | | | | | |
| 23. US Savings Bonds | A | Interest | K | W | | | | | |
| 24. | | | | | | | | | |
| 25. IRA #1 (H) | | | | | | | | | |
| 26. --United St Commodity ETF Index Fund (USCI) | | None | K | T | | | | | |
| 27. --Schwab Gov't Money Fund (SWGXX) | | None | J | T | | | | | |
| 28. --Doubleline Core Fixed Income Fund (DBLFX) | | None | O | T | | | | | |
| 29. | | | | | | | | | |
| 30. Charles Schwab Money Market Accounts (SWGXX) | F | Dividend | P2 | T | | | | | |
| 31. Ishares MSCI ACWI ETF IV (ACWI) | A | Dividend | O | T | Buy | 12/18/18 | O | | |
| 32. | | | | | Buy (add'l) | 12/28/18 | O | | |
| 33. United States Commodity (USCI) | | None | N | T | Buy (add'l) | 12/28/18 | M | | |
| 34. Vanguard Total World (VT) | D | Dividend | J | T | Buy | 9/14/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/17/18 | O | | |
| 36. AMG GW&K Muni BD FD Inst (GWMIX) | B | Dividend | P1 | T | Buy (add'l) | 9/14/18 | O | | |
| 37. | | | | | Buy (add'l) | 12/28/18 | N | | |
| 38. Doubleline Core Fixed (DBLFX) | E | Dividend | M | T | Sold (part) | 10/15/18 | P1 | | |
| 39. | | | | | Buy (add'l) | 12/28/18 | M | | |
| 40. Schwab US Aggregate Bond (SWAGX) | D | Dividend | P1 | T | Buy | 10/17/18 | P1 | | |
| 41. Adara Smaller Companies f/k/a Altair Smaller Companies Fd Inst | G | Dividend | P1 | T | Buy (add'l) | 12/28/18 | N | | |
| 42. Aquarius International (ASBSZ) | A | Dividend | J | T | Buy | 9/14/18 | P1 | | |
| 43. | | | | | Sold (part) | 12/27/18 | P1 | | |
| 44. Boston Partners Long/Short Equity Fund (BPLSX) | F | Dividend | P1 | T | Sold | 12/20/18 | O | | |
| 45. Boston Partners Long/Short Research Fund (BPIRX) | | None | | | Buy | 12/21/18 | O | | |
| 46. | | | | | Buy (add'l) | 12/28/18 | N | | |
| 47. Driehaus Emrg Mkts Gwth Fd Inst (DIEMX) | E | Dividend | | | Sold | 12/28/18 | N | A | |
| 48. FPA Crescent Fund Inst (FPACX) | F | Dividend | P1 | T | Buy (add'l) | 12/27/18 | O | | |
| 49. | | | | | Buy (add'l) | 12/28/18 | M | | |
| 50. Intrepid Capital FD Inst (ICMVX) | E | Dividend | | | Sold | 12/26/18 | O | | |
| 51. Manning & Napier Overseas (MNOSX) fka M & N Oppty A (EWAX) | E | Dividend | | | Sold | 12/28/18 | P1 | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Matisse Discounted Closed End FD Strategy (MDCEX) | D | Dividend | | | Sold | 9/14//18 | O | E | |
| 53. Oakmark Select Fund Inst (OANLX) | F | Dividend | J | T | Buy (add'l) | 9/14/18 | M | | |
| 54. | | | | | Sold (part) | 12/28/18 | P1 | | |
| 55. Schwab Intl Index Fund (SWISX) | | None | P1 | T | Buy | 12/31/18 | P1 | | |
| 56. Touchstone Sands Capital Instl Growth Fund (CISGX) | G | Dividend | P1 | T | Buy (add'l) | 12/28/18 | N | | |
| 57. Van Eck Cm Commodity Index Fd 1 (COMIX) | C | Dividend | O | T | Buy (add'l) | 12/28/18 | M | | |
| 58. Vanguard Glbl Ex US Real Estate Index Admiral (VGRLX) | E | Dividend | P1 | T | Buy (add'l) | 9/14/18 | K | | |
| 59. | | | | | Buy (add'l) | 12/28/18 | M | | |
| 60. Vanguard REIT Index Admiral Share (VGSLX) | E | Dividend | P1 | T | Buy (add'l) | 12/28/18 | N | | |
| 61. IShares Russell 1000 (IWD) | | None | P1 | T | Buy | 12/31/18 | P1 | | |
| 62. | | | | | | | | | |
| 63. IRA #2 (H) | | | | | | | | | |
| 64. --United St Commodity ETF Index Fund (USCI) | | None | M | T | | | | | |
| 65. | | | | | | | | | |
| 66. Activision Blizzard Inc. (ATVI) (X) | A | Dividend | J | T | | | | | |
| 67. Newmont Mng Corp. Holding Co. (NEM) (X) | A | Dividend | J | T | | | | | |
| 68. Unilever Plc Spon Adr New (UL) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Lines 4-6, 8-10:.
Thermo Fisher Scientific Stock Option transactions listed in line 8-10 are exercise of stock options.
Thermo Fisher Scientific Common Stock (TMO) received upon exercise was sold and is included in lines 4-6.

Line 66: Inadvertently omitted from prior report. Sold prior to the filing of this report
Line 67: Purchased in 2018, date unavailable.
Line 68: Inadvertently omitted from prior report. Sold prior to the filing of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544